IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.K., *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>REX W. TILLERSON, *et al.*,<br><br>Defendants/Respondents. | No. _____<br><br>**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

Plaintiffs hereby move this court to certify a class pursuant to Rule 23(a) and 23(b)(1), (b)(2), and (b)(3) of the Federal Rules of Civil Procedure and Local Rule 23.1.

In support of their motion, Plaintiffs rely on the accompanying Memorandum, declarations, and exhibits.

A proposed order is attached.

**STATEMENT PURSUANT TO LOCAL RULE 7(m)**

Pursuant to Local Rule 7(m), Plaintiffs' counsel attempted unsuccessfully to contact Defendants' counsel to determine if Defendants would consent to the relief requested in this motion.

July 31, 2017

Samer E. Khalaf (pro hac vice pending)
Abed A. Ayoub
Yolanda Rondon
AMERICAN-ARAB ANTI-DISCRIMINATION
COMMITTEE
1705 DeSales Street, N.W., Suite 500
Washington, D.C. 20036
Tel: 202-244-2990
Skhalaf@adc.org

Karen C. Tumlin
Esther Sung
NATIONAL IMMIGRATION LAW CENTER
3435 Wilshire Blvd, Suite 1600
Los Angeles, CA 90010
(213) 639-3900
tumlin@nilc.org
sung@nilc.org

Justin B. Cox
NATIONAL IMMIGRATION LAW CENTER
PO Box 170208
Atlanta, GA 30317
(678) 279-5441
cox@nilc.org

Arthur B. Spitzer (D.C. Bar # 235960)
Scott Michelman (D.C. Bar # 1006945)
AMERICAN CIVIL LIBERTIES UNION
 OF THE DISTRICT OF COLUMBIA
4301 Connecticut Avenue, NW, Suite 434
Washington, DC 20008
202-457-0800
aspitzer@acludc.org

Respectfully submitted,

/s/ Matthew E. Price

Matthew E. Price  (DC Bar # 996158)
Max J. Minzner (pro hac vice pending)
JENNER & BLOCK LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001
Tel. 202-639-6000
Fax: 202-639-6066
Email: mprice@jenner.com
            mminzner@jenner.com

Omar C. Jadwat
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600
Fax: (212) 549-2654
ojadwat@aclu.org

Cody H. Wofsy
Spencer E. Amdur
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
Fax: (415) 395-0950
cwofsy@aclu.org
samdur@aclu.org

*Counsel for Plaintiffs*

2