UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.K., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 17-cv-1533 (TSC) |
| ) | |
| REX W. TILLERSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Plaintiffs' Motion for Preliminary Injunction and Emergency Motion for Mandamus Relief (ECF No. 2) is GRANTED in part and DENIED in part. Defendants are ordered to: (1) report, by October 15, the number of visa numbers returned unused for fiscal year 2017; and (2) hold those visa numbers to process Plaintiffs' visa applications in the event the Supreme Court finds the Executive Order to be unlawful.

Date: September 29, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1