# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAMED SUFYAN OTHMAN ALMAQRAMI *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 17-cv-1533 (TSC) |
| REX W. TILLERSON, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## ORDER OF DISMISSAL

For the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss (ECF No. 53) is **GRANTED**. This action is hereby **DISMISSED** with prejudice.

Date: March 27, 2018

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge