## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| P.K., *et al.*,<br>on behalf of themselves and all others<br>similarly situated,<br><br>　　　　Plaintiffs/Petitioners,<br><br>v.<br><br>MIKE POMPEO, *et al.*,<br><br>　　　　Defendants/Respondents. | No. 1:17-cv-01533-TSC |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Hamed Sufyan Othman Almaqrami, Aliakbar Nowzari Golsefid, Masoumeh Fotohi, Behnam Nozari Golsefid, Farzad Abdollahi Zadeh, Zhreh Babadi, SZ, RZ, and Aiman Alsakkaf, appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order of March 27, 2018, ECF No. 66, granting Defendants' Motion to Dismiss.

May 24, 2018

Samer E. Khalaf (pro hac vice)
Abed A. Ayoub
Yolanda Rondon
AMERICAN-ARAB ANTI-DISCRIMINATION
COMMITTEE
1705 DeSales Street, N.W., Suite 500
Washington, D.C. 20036
Tel: 202-244-2990
Skhalaf@adc.org

Karen C. Tumlin

Respectfully submitted,

/s/  Matthew E. Price
Matthew E. Price  (DC Bar # 996158)
Max J. Minzner (pro hac vice)
JENNER & BLOCK LLP
1099 New York Ave. NW Suite 900
Washington, DC 20001
Tel. 202-639-6000
Fax: 202-639-6066
Email: mprice@jenner.com
　　　　mminzner@jenner.com

Omar C. Jadwat

1

Esther Sung
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. #108-62
Los Angeles, CA 90010
(213) 639-3900
tumlin@nilc.org
sung@nilc.org

Justin B. Cox
NATIONAL IMMIGRATION LAW CENTER
PO Box 170208
Atlanta, GA 30317
(678) 279-5441
cox@nilc.org

Arthur B. Spitzer (D.C. Bar # 235960)
Scott Michelman (D.C. Bar # 1006945)
AMERICAN CIVIL LIBERTIES UNION
  OF THE DISTRICT OF COLUMBIA
915 15th Street NW, Second Floor
Washington, D.C. 20005
202-457-0800
aspitzer@acludc.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600
Fax: (212) 549-2654
ojadwat@aclu.org

Cody H. Wofsy
Spencer E. Amdur
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770
Fax: (415) 395-0950
cwofsy@aclu.org
samdur@aclu.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that, on May 24, 2018, I served the foregoing Plaintiffs' Notice of Appeal on all counsel of record by filing it via this Court's CM/ECF system.

/s/ Matthew E. Price