# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.K., *et al.*,<br>on behalf of themselves and all<br>others similarly situated,<br><br>          Plaintiffs/Petitioners,<br><br>v.<br><br>REX W. TILLERSON, *et al.*,<br><br>          Defendants/Respondents. | No. 1:17-cv-01533-TSC |

## MOTION TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE THAT** counsel for Plaintiffs hereby moves the Court for an Order, pursuant to LCvR 83.6(c)-(d), to allow Justin B. Cox to withdraw his appearance as counsel of record for Plaintiffs in the above-captioned matter, as his employment with the National Immigration Law Center has concluded. Plaintiffs are ably represented in this matter by other counsel, and thus granting this motion will not unduly delay this case, prejudice any party, or contrary to the interests of justice. The undersigned counsel therefore respectfully requests that the Court enter the enclosed proposed order.

September 10, 2019

Respectfully submitted,

/s/ Justin B. Cox

Justin B. Cox (D.C. Bar. No. 1004233)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
PO Box 170208
Atlanta, GA 30317
516.701.4233
jcox@refugeerights.org