# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| P.K., *et al.*, <br> on behalf of themselves and all <br> others similarly situated, <br><br> Plaintiffs/Petitioners, <br><br> v. <br><br> REX W. TILLERSON, *et al.*, <br><br> Defendants/Respondents. | No. 1:17-cv-01533-TSC <br><br> **[PROPOSED] ORDER** |

The motion for Justin B. Cox to withdraw his appearance as counsel for Plaintiffs in the above-captioned matter is hereby GRANTED.

DATED: _____               _____
                                     Hon. Tanya S. Chutkan
                                     United States District Judge