# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 18-5156**  September Term, 2019

1:17-cv-01533-TSC

Filed On: November 27, 2019 [1817857]

Hamed Sufyan Othman Almaqrami, et al.,

    Appellants

    v.

Michael R. Pompeo, In his official capacity as Secretary of State and John Does, #1-#50, in their official capacity as the consular officials responsible for issuing diversity visas,

    Appellees

## M A N D A T E

In accordance with the judgment of August 13, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Ken R. Meadows
        Deputy Clerk

Link to the judgment filed August 13, 2019