**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HAMED SUFYAN OTHMAN ALMAQAMRI, *et al.,* on behalf of themselves and all others similarly situated,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>MICHAEL POMPEO, *et al.*,<br><br>Defendants/Respondents. | Civil Action No. 1:17-cv-01533-TSC |

**JOINT STATUS REPORT**

The parties, by and through undersigned counsel, respectfully submit this Joint Status Report to comply with this Court's order of January 21, 2020, to describe the issues the parties believe to be pending before the court and any other issues the parties intend to raise at the January 28 status conference. The parties conferred on January 23, 2020, and have agreed as follows:

Plaintiffs' First Amended Complaint remains pending before this Court. In light of the D.C. Circuit's decision that this case is not moot, Defendants intend to file a renewed motion to dismiss for failure to state a claim under F.R.C.P. 12(b)(6). Plaintiffs will oppose the motion. However, the parties agree that Plaintiffs should be permitted to further amend their complaint instead of filing an opposition to Defendants' motion to dismiss if, upon review of the motion to dismiss, Plaintiffs determine that the nature of Defendants' arguments warrants amendment. The parties propose the following briefing schedule for the motion to dismiss:

  Defendants' Motion to Dismiss:     March 16, 2020

  Plaintiffs' Opposition to Motion to Dismiss:  May 1, 2020

  Defendants' Reply:          May 15, 2020

1

The parties further propose that, if Plaintiffs elect to file a further amended complaint, they shall do so no later than April 6, 2020.

Plaintiffs' motion for class certification also remains pending before this Court. The parties have agreed that no briefing on the class certification motion should take place until after this Court resolves Defendants' forthcoming motion to dismiss. The parties therefore request that the Court hold that motion in abeyance until that time.

Pursuant to the Court's order of January 21, 2020, the parties have attached a joint proposed scheduling order reflecting the parties' proposed briefing schedule. The parties do not anticipate raising any additional issues at the January 28, 2020 status conference, and would have no objection should the Court determine that the status conference is unnecessary in light of this Report.

Dated: January 24, 2020                                  Respectfully submitted,

*/s/ Matthew E. Price*                                   */s/ Joshua S. Press*
Matthew E. Price                                         JOSHUA S. PRESS
Noah B. Bokat-Lindell                                    Trial Attorney
JENNER & BLOCK LLP                                       United States Department of Justice
1099 New York Ave. NW, Suite 900                         Civil Division
Washington, DC 20001                                     P.O. Box 868, Ben Franklin Station
(202) 639-6000 – Telephone                               Washington, DC 20044
(202) 639-6066 – Fax                                     Phone: (202) 305-0106
mprice@jenner.com                                        Joshua.press@usdoj.gov

*Counsel for Plaintiffs*                                 *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2020, I electronically filed the foregoing JOINT STATUS UPDATE with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

DATED: January 24, 2020

By: *<u>/s/ Matthew E. Price</u>*
Matthew E. Price
JENNER & BLOCK LLP