UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMED SUFYAN OTHMAN ALMAQRAMI, *et al.*, <br><br>*Plaintiffs/Petitioners*, <br><br>v. <br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*, <br><br>*Defendants/Respondents.* | Civil Action No. 1:17-cv-01533-TSC |

## JOINT STATUS REPORT

The parties, by and through undersigned counsel, respectfully submit this Joint Status Report to comply with this Court's order of January 28, 2021, holding this case in abeyance until further order of the Court. The parties conferred on March 15 and April 27, 2021, and have agreed to continue their discussions about an alternative resolution of the case. In further compliance with this Court's order of January 28, 2021 and its recurring 30-day reporting period, the parties will update the Court on their progress towards resolving this case by May 27, 2021.

Dated: April 27, 2021

*/s/ Matthew E. Price*
Matthew E. Price
Noah B. Bokat-Lindell
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000 – Telephone
(202) 639-6066 – Fax
mprice@jenner.com

*Counsel for Plaintiffs*

Respectfully submitted,

*/s/ Joshua S. Press*
JOSHUA S. PRESS
Steven A. Platt
Senior Litigation Counsel
United States Department of Justice
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-0106
joshua.press@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

        By: _/s/ Joshua S. Press_
            JOSHUA S. PRESS
            Senior Litigation Counsel
            United States Department of Justice
            Civil Division