UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAMED SUFYAN OTHMAN ALMAQRAMI, *et al.*, <br><br> *Plaintiffs/Petitioners*, <br><br> v. <br><br> ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*, <br><br> *Defendants/Respondents*. | Civil Action No. 1:17-cv-01533-TSC |

**JOINT STATUS REPORT**

The parties, by and through undersigned counsel, respectfully submit this Joint Status Report to comply with this Court's order of January 28, 2021, holding this case in abeyance until further order of the Court. Since their last joint status report of April 27, 2021, the parties have continued their discussions about an alternative resolution of the case. Specifically, the parties conferred telephonically on May 11 and 21, 2021. During those conversations, the parties agreed that the best path toward finding an alternative resolution will involve a joint motion for clarification. The parties are currently working on that endeavor.

In further compliance with this Court's order of January 28, 2021 and its recurring 30-day reporting period, the parties will update the Court on their progress by no later than June 28, 2021.

1

| | |
|---|---|
| Dated: May 27, 2021 | Respectfully submitted, |
| /s/ *Matthew E. Price* | /s/ *Joshua S. Press* |
| Matthew E. Price | JOSHUA S. PRESS |
| Noah B. Bokat-Lindell | Steven A. Platt |
| JENNER & BLOCK LLP | Senior Litigation Counsel |
| 1099 New York Ave. NW, Suite 900 | United States Department of Justice |
| Washington, DC 20001 | Civil Division |
| (202) 639-6000 – Telephone | P.O. Box 868, Ben Franklin Station |
| (202) 639-6066 – Fax | Washington, DC 20044 |
| mprice@jenner.com | Phone: (202) 305-0106 |
| | joshua.press@usdoj.gov |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

        By: */s/ Joshua S. Press*
            JOSHUA S. PRESS
            Senior Litigation Counsel
            United States Department of Justice
            Civil Division