UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMED SUFYAN OTHMAN ALMAQRAMI, *et al.*,<br><br>*Plaintiffs/Petitioners*,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*,<br><br>*Defendants/Respondents.* | Civil Action No. 1:17-cv-01533-TSC |

**JOINT STATUS REPORT**

The parties, by and through undersigned counsel, respectfully submit this Joint Status Report to comply with this Court's order of January 28, 2021, holding this case in abeyance until further order of the Court. Since their last joint status report of May 27, 2021, the parties have continued their discussions about an alternative resolution of the case. Specifically, the parties have exchanged drafts for a joint motion for clarification, and are still working on that endeavor.

In further compliance with this Court's order of January 28, 2021 and its recurring 30-day reporting period, the parties will update the Court on their progress by no later than July 28, 2021.

Dated: June 28, 2021

/s/ *Matthew E. Price*
Matthew E. Price
Noah B. Bokat-Lindell
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000 – Telephone
(202) 639-6066 – Fax
mprice@jenner.com

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ *Joshua S. Press*
JOSHUA S. PRESS
Steven A. Platt
Senior Litigation Counsel
United States Department of Justice
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-0106
joshua.press@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

By: */s/ Joshua S. Press*
    JOSHUA S. PRESS
    Senior Litigation Counsel
    United States Department of Justice
    Civil Division