UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAMED SUFYAN OTHMAN ALMAQRAMI, *et al.*, <br><br> *Plaintiffs/Petitioners*, <br><br> v. <br><br> ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*, <br><br> *Defendants/Respondents.* | Civil Action No. 1:17-cv-01533-TSC |

## JOINT STATUS REPORT

The parties, by and through undersigned counsel, respectfully submit this Joint Status Report to comply with this Court's order of October 27, 2021, ECF No. 96 (hereinafter, "Court's Order"), instructing the parties to provide joint status reports every thirty days, *see id.* at 6. Since that time, the parties have since conferred and continue their discussions about an alternative resolution of the case. To that end, Defendants' counsel in the cases relied upon within this Court's Order are determining whether to pursue appeal of those decisions to the United States Court of Appeals for the District of Columbia Circuit. The parties have agreed to hold their discussions until those decisions have been made by the Department of Justice's Office of the Solicitor General.

In further compliance with this Court's Order and its recurring 30-day reporting period, the parties will update the Court on their progress by no later than December 27, 2021.

1

| | |
|---|---|
| Dated: November 26, 2021 | Respectfully submitted, |
| /s/ *Matthew E. Price* | /s/ *Joshua S. Press* |
| Matthew E. Price | JOSHUA S. PRESS |
| Noah B. Bokat-Lindell | STEVEN A. PLATT |
| JENNER & BLOCK LLP | Senior Litigation Counsel |
| 1099 New York Ave. NW, Suite 900 | United States Department of Justice |
| Washington, DC 20001 | Civil Division |
| (202) 639-6000 – Telephone | P.O. Box 868, Ben Franklin Station |
| (202) 639-6066 – Fax | Washington, DC 20044 |
| mprice@jenner.com | Phone: (202) 305-0106 |
| | joshua.press@usdoj.gov |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

>By: _/s/ Joshua S. Press_
> JOSHUA S. PRESS
> Senior Litigation Counsel
> United States Department of Justice
> Civil Division