## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HAMED SUFYAN OTHMAN ALMAQRAMI, *et al.*, | ) ) ) ) | |
| *Plaintiffs/Petitioners*, | ) ) | |
| *v.* | ) ) | Civil Action No. 1:17-cv-01533-TSC |
| ANTONY J. BLINKEN, in his official capacity as Secretary of State, *et al.*, | ) ) ) ) | |
| *Defendants/Respondents.* | ) ) ) | |

### JOINT STATUS REPORT

The parties, by and through undersigned counsel, respectfully submit this Joint Status Report to comply with this Court's order of October 27, 2021, ECF No. 96 (hereinafter, "Court's Order"), instructing the parties to provide joint status reports every thirty days, *see id.* at 6. The parties' respective positions as to what has occurred since their last status report of February 25, 2022, ECF No. 102, is discussed below.

### *Plaintiffs' Position*

On February 8, 2022, Plaintiffs filed a motion to lift the abeyance in this case and requested an expedited briefing schedule for summary judgment, under which Plaintiffs would file their motion for summary judgment within 10 days following the Court's order granting the lifting of the abeyance. ECF No. 100. Plaintiffs made that request in the hope of reaching final judgment in time for Plaintiffs' case to be consolidated with the Government's pending appeals of other diversity visa cases.[1]  The D.C. Circuit has subsequently issued an order in those pending appeals consolidating them and adopting a briefing schedule.  The D.C. Circuit ordered the Government to file its brief by March 31,

---

[1]     The cases on appeal include *Goodluck v. Biden*, Nos. 21-5263, 21-5270 (D.C. Cir.); *Goh v. U.S. Dep't of State*, Nos. 21-5271, 21-5272 (D.C. Cir.); *Rai v. Blinken*, No. 21-5277 (D.C. Cir.).

2022, with appellees' briefs due on April 21, 2022.  The order additionally directs the Clerk to calendar the case for argument in September 2022.  Plaintiffs submit that there is still time for this Court to lift the abeyance in this case, for the parties to file summary judgment motions on an expedited basis, and for this Court to reach final judgment, to allow this case to be consolidated with the pending appeals for purposes of argument in the D.C. Circuit in September 2022.

**_Defendants' Position_**

On February 22, 2022, the Government filed a response opposing the Plaintiffs' motion to lift the abeyance, and requesting that the abeyance remain in place until the resolution of other diversity-visa cases currently pending before the D.C. Circuit. ECF No. 101. Plaintiffs filed their reply in support of their motion on February 28, 2022. ECF No. 103.

As Plaintiffs describe above, the D.C. Circuit granted both the Government's Motion for Consolidation and the Government's Motion to Expedite the Appeals in all of the diversity-visa cases currently before the court of appeals. Those appeals raise extremely similar (and likely controlling) issues involved here. *See* ECF No. 101 at 7–8. Thus, although the "Plaintiffs submit that there is still time for this Court to … reach final judgment" and (potentially) file an appeal to the D.C. Circuit in this case, *supra*, "the court's [and the parties'] interest in judicial economy favors a stay." *NextEra Energy Global Holdings B.V. v. Kingdom of Spain*, No. 19-cv-1618, 2020 WL 5816238, at *2 (D.D.C. Sept. 30, 2020) (Chutkan, J.). If anything, the D.C. Circuit's recent orders expediting the diversity-visa appeals support the Government's argument that lifting the abeyance now makes little sense because of the increased potential for inconsistent rulings and waste of judicial resources. *See id.* ("A … resolution resulting in inconsistent rulings [between this court and the D.C. Circuit] is not in the interest of judicial economy.").

## CONCLUSION

Absent a ruling by the Court lifting the abeyance, the parties will further update the Court by no later than April 25, 2022.

Dated: March 25, 2022

/s/ Matthew E. Price
Matthew E. Price
JENNER & BLOCK LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 639-6000 – Telephone
(202) 639-6066 – Fax
mprice@jenner.com

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ Joshua S. Press
JOSHUA S. PRESS
STEVEN A. PLATT
Senior Litigation Counsel
United States Department of Justice
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-0106
joshua.press@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

By: */s/ Joshua S. Press*
JOSHUA S. PRESS
Senior Litigation Counsel
United States Department of Justice
Civil Division