IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMED SUFYAN OTHMAN ALMAQRAMI, *et al.*,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>ANTONY J. BLINKEN, Secretary of State, *et al.*,<br><br>　　　Defendants. | Civ. No. 17-1533 (TSC) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Local Civil Rule 83.6(b), Defendants hereby provide notice of the withdrawal of the appearances of Steven Platt and Catherine H. Dorsey as counsel of record for Defendants in the above-captioned action.

In their stead, Michael D. Ross enters his appearance as counsel of record for all Defendants. He represents that he is authorized to practice in this court under Local Civil Rule 83.2(d).

Defendants will also continue to be represented by other counsel at the U.S. Department of Justice who has entered an appearance in this case.

Dated: October 3, 2023                                            Respectfully submitted,

/s/ *Catherine H. Dorsey*                                         BRIAN M. BOYNTON
CATHERINE H. DORSEY                                               Principal Deputy Assistant Attorney General
Baron & Budd, P.C.
600 New Hampshire Avenue NW                                       WILLIAM C. PEACHEY
10th Floor                                                        Director
Washington, DC 20037
Phone: (202) 333-4562                                             SAMUEL P. GO
Email: cdorsey@baronbudd.com                                      Assistant Director

/s/ *Michael D. Ross*
MICHAEL D. ROSS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 742-7118
Email: michael.d.ross@usdoj.gov

/s/ *Steven A. Platt*
STEVEN A. PLATT
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 532-4074
Email: steven.a.platt@usdoj.gov

*Attorneys for Defendants*